# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Kevin Michael Leite,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00216-MR |
| | ) | 1:07-cr-00036-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2016 Order.

July 26, 2016

Frank G. Johns, Clerk
United States District Court